ELMER GOULD, PLAINTIFF-PETITIONER, v. GERALD WINOKUR, DEFENDANT-RESPONDENT.

See same case below: 104 *N. J. Super.* 329.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H. Curtis Meanor* for the respondent.

March 26, 1969. Denied.

DAVID JERCHOWER, PLAINTIFF-PETITIONER, v. FRANCINE JERCHOWER, DEFENDANT-RESPONDENT.

*Messrs. Silverman & Bergstein* and *Mr. Geoffrey Gaulkin* for the petitioner.

*Messrs. Cummis, Kent & Radin* and *Mr. David Samson* for the respondent.

March 26, 1969. Denied.

VIRGINIA BERGEN, *ET AL*, PLAINTIFFS-PETITIONERS, v. RUFUS W. MILLER, M.D., DEFENDANT-RESPONDENT.

See same case below: 104 *N. J. Super.* 350.

*Messrs. Pellettieri & Rabstein* for the petitioners.

*Messrs. McLaughlin, Dawes & Abbotts* for the respondent.

March 26, 1969. Denied.